

Edward Thomas K[...]
401 Village Rd.
Breinigsville PA 18031

