

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY
Plaintiff,

v.

GETZ, et.al.,

Defendants.

Case Number 18-3532-JLS

**RECEIVED**

AUG 2 4 2018

## TAKE JUDICIAL COGNIZANCE

TAKE JUDICIAL COGNIZANCE of the following:

a.      Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania, and in this court of record, wishes and demands individual defendants, and/or their counsel, to reply and testify, affirm, and/or declare under penalty of perjury to this complaint.

b.      Through the courts, Plaintiff Kennedy encourages the government to obey the law.

c.      Plaintiff objects to the latin slang phrase "pro se" and requests CM/ECF access.

d.      Plaintiff Kennedy hereby wishes and demands defendants reply and testify, affirm, and/or declare under penalty of perjury, and provide certified copies of their Oaths, Bonds of Office, Commissions, Answers to Questionnaires and Financial Disclosures.

e.      Law of the Case is Exhibit 1, previously filed herein.

Date: August 22, 2018.

SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Phone: 415-275-1244.
Email: pillar.of.peace.2012@gmail.com
Fax: 570-609-1810.