FORM 1.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

# United States District Court

for the

Eastern District    **District of**  Pennsylvania

Edward Thomas Kennedy,    Plaintiff,

v.    Case No. 5:18-cv-03532-JLS

Getz, et al.,    Defendant.

**FILED**
AUG 3 1 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

**NOTICE OF APPEAL**

Notice is hereby given that Edward Thomas Kennedy (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from an order to dismiss as malacious and failure to state a claim. (from the final judgment) ((from an order) (describe the order)) entered in this action on 8/27/2018.

/s/ Edward Thomas Kennedy  (SEAL)
(Signature of appellant or attorney)

401 Tillage Rd., Breinigsville, PA 18031

pillarofpeace2012@gmail.com

pillarofpeace2017@protonmail.com

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.