Father Edward Kennedy
401 Tillage Road
Breinigsville, PA 18031



U.S.M.S. X-RAY

HARRISBURG PA 171
29 AUG 2018 PM 2 L



Clerk's Office Allentown
United States District Court eastern district of Penns
Edward N Kane courthouse and Federal Building
504 West Hamilton Drive Suite 1601
Allentown Pennsylvania 18101

18101-153199