IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

No. 5: 18-cv-3532

v.

BRADLEY J. GETZ, INC. et al.,

    Defendants.

## OBJECTION TO ORDER
### Hearing Requested

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" filed August 27, 2018, signed by Jeffrey L. Schmehl, the assigned Judge to administrate this case on behalf of this Court of record, and wishes a Hearing.

Hearing requested.

Date: August 30, 2018, County of Lehigh, Pennsylvania.

*[signature]*

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
414-275-1244.
Kennedy2018@alumni.nd.edu

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018 that I filed a copy of the above

**OBJECTION TO ORDER**
Hearing Requested

with the Clerk of Court at this US District Court by US regular mail.

_____ (seal)
Edward Thomas Kennedy

Date: August 30, 2018